# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM BOBBY BROWN,<br>          Plaintiff,<br><br>v.<br><br>GREAT NORTHERN INSURANCE CO.,<br>          Defendant. | CIVIL ACTION NO.:<br>2:14-cv-00015-RWS |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff William Bobby Brown and alerts the Court that he has settled in principle his claims with Defendant in the above-styled case. The parties are working to formally execute said settlement and anticipate filing a stipulation of dismissal within the next fourteen days.

Respectfully submitted this 1st day of December 2017.

**AKIN & TATE, P.C.**

*/s/ Matthew Wilson*
W. MATTHEW WILSON
Georgia Bar No. 392385
*Attorney for Plaintiff*

P.O. Box 878
Cartersville, Georgia 30120
Telephone: (770) 382-0780
Facsimile: (770) 386-1452

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing **NOTICE OF SETTLEMENT** by filing same with CM/ECF, which will electronically serve all counsel of record.

This 1st day of December 2017.

                  **AKIN & TATE, P.C.**

                  */s/ Matthew Wilson*
                  W. MATTHEW WILSON
                  Georgia Bar No. 392385
                  P.O. Box 878
                  Cartersville, Georgia 30120
                  Telephone: (770) 382-0780
                  Facsimile: (770) 386-1452
                  *Attorney for Plaintiff*