IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM BOBBY BROWN,       )<br>    Plaintiff,                             )<br>                                              )<br>v.                                          )<br>                                              )<br>GREAT NORTHERN                  )<br>INSURANCE CO.,                     )<br>    Defendant.                           ) | CIVIL ACTION FILE NO:<br>2:14-cv-00015-RWS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW William Bobby Brown, Plaintiff in the above-styled action, by and through his counsel of record, and hereby dismisses with prejudice all of his claims against Defendant Great Northern Insurance Company ("Great Northern"). Pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Defendant Great Northern, by and through its counsel of record, has consented to the dismissal. The Parties condition the effectiveness of this Stipulation based on this Court entering an order retaining jurisdiction to enforce the settlement between the parties. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. Apr. 23, 2012).

Respectfully submitted this 15th day of February 2018.

*s/ W. Matthew Wilson*
W. Matthew Wilson
Georgia Bar No. 392385

                **AKIN & TATE, P.C.**
                2719 Buford Highway NE
                Atlanta, Georgia 30324
                (office): (678) 631-8820
                *Counsel for Plaintiff William Bobby Brown*

**CONSENTED TO:**

*/s/ H. Michael Bagley*
Georgia Bar No. 031425
303 Peachtree Street
Suite 3500
Atlanta, GA  30308
(office): (404) 885-1400
(fax): (404) 876-0992
*Counsel for Defendant Great Northern*

7553319/1
04960-084411

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the counsel of record and via mail to::

>H. Michael Bagley
>Drew, Eckl & Farnham, LLP
>303 Peachtree Street, Suite 3500
>Atlanta, GA 30308

This 15th day of February 2018.

>*s/ W. Matthew Wilson*
>W. Matthew Wilson
>Georgia Bar No. 392385
>**AKIN & TATE, P.C.**
>2719 Buford Highway NE
>Atlanta, Georgia 30324
>(office): (678) 631-8820