UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM BOBBY BROWN,<br><br>     Plaintiffs,<br><br>vs.<br><br>GREAT NORTHERN<br>INSURANCE CO.,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 2:14-cv-15-RWS |

## J U D G M E N T

This action having come before the court, Richard W. Story, United States District Judge, for consideration of Mr. Levenson's attorney lien, it is

**Ordered and adjudged** that Mr. Levenson is entitled to recover fees and expenses of $18, 278.54 under his attorney's lien.

Dated at Gainesville, Georgia this 24th day of July, 2018.

                JAMES N. HATTEN
                CLERK OF COURT


              By: s/Daniel Ross
                 Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 July 24, 2018
James N. Hatten
Clerk of Court


By: s/Daniel Ross
   Deputy Clerk